AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

CHANDA COSTON

**I N T E R I M**
**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 13-CV-258C

v.

AUDUBON FINANCIAL BUREAU, LLC

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that upon the acceptance of an offer of judgment, judgment is entered in favor of plaintiff against Audubon Financial Bureau, LLC in the amount of $1,000.00 together with costs of $400.00, plus reasonable attorney's fees incurred through the date of service of the offer as to be agreed by the parties or as determined by the Court.

Date: October 8, 2013                         MICHAEL J. ROEMER, CLERK


                                              By: s/Suzanne Grunzweig
                                                  Deputy Clerk