UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

CHANDA COSTON

                                Plaintiff,        13-cv-00258-JTC

        - against -                     **SATISFACTION OF JUDGMENT**

AUDUBON FINANCIAL BUREAU, LLC
A DELAWARE LIMITED LIABILITY COMPANY,
AND ADAM D. MARCH, INDIVIDUALLY

                                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

        WHEREAS, a judgment was entered in the above action on the 8th day of October, 2013 in favor of Chandra Coston and against Audubon Financial Bureau, LLC in the amount of $1,000 and costs in the amount of $400 and said judgment with costs thereon having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

        THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated:  New York, New York
          March 3, 2014

                                            Fredrick Schulman and Associates

                                            By:  _____/s/_____
                                                     Fredrick Schulman
                                                     Attorneys for Chandra Coston
                                                     30 East 29th Street, Ste. 204
                                                     New York, New York 10016
                                                     Tel.:  (212) 796-6053
                                                     Fax:  (212) 951-7379

SDNY Web 4/99